

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov



FILED
CIVIL DIVISION
MAR 20 2023
Superior Court of the
District of Columbia

Case No. 2025-CAB-001704

# COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

__William Edward Moyler Jr__          vs   __Smithsonian's National Postal Museum__
PLAINTIFF                                    DEFENDANT

__4204 East Capitol St NE Apt #3__            __2 Massachusetts Ave NE,__
Address (No Post Office Boxes)               Address (No Post Office Boxes)

__Washington__  __D.C__  __20019__           __Washington, D.C.__  __20062__
City          State   Zip Code              City           State   Zip Code

__202-438-3179 / 202-740-8136__              __202-633-5555__
Telephone Number                             Telephone Number

__wmoylerjr@gmail.com__
Email Address (optional)                     Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

On November 1, 2024, at approximately 11:00 AM, a African Security Officer put his hand near my private part (my penis) while asking me where do I work. He then told me that I have to "listen to him" and follow "his rules" or he "will not let me enter the museum". This occurred at Smithsonian's National Postal Museum. The African Security Officer then asked me did I have bombs on me after I put all my belongings through the security machine. I was wearing my uniform and just finished my overnight shift.

2. What relief are you requesting from the Court? Include any request for money damages.

I am requesting $10,000,000 from the court for money damages, physical damages, and overall trauma. I am also requesting Smithsonian's National Postal museum hires new employees.

Form CA-3074 [Rev. Nov. 2017]                1                   Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

I am currently ~~residence~~ staying in shelters due to my residence being tampered with and I have a bad health condition that consists of a broken left leg. I have ~~also~~ no money in my bank account and have been "temporarily homeless" for almost three years while working day and night shifts.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

*William Edmund Mughan B*
**SIGNATURE**

3-10-2025
**DATE**

Subscribed and sworn to before me this _20_ day of _March_, 20_25_.

_____
(Notary Public/Deputy Clerk)

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

William Edward Moyler Jr _____ Plaintiff

vs.

Smithsonian's National Postal Museum _____ Defendant

Case No. 2025-CAB-001704

I felt very sad, confused, and angry that my intellectual and human rights were violated. When I reported the African Security Officers behavior and how I felt uncomfortable and offended, to a staff member, they ignored me. Some of the staff laughed at me and told me not to "worry about anything". As I continued to ~~gradacyally~~ enjoy the museum's architecture and the information the museum provided, the employees continued to follow me discreetly and they also intimidated me with facial expressions, yelling at me, and telling me that I "do not belong in the museum", and by just staring me down. The employees also followed me while having a odor and substance on their body that made me partially blind, my bones weak, gave me a migrane, and made my phone shut down. My phone battery ~~was~~ was fully charged at a 100% and when I would look at my phone, my phone shuts off, and this is all happening while the employees follow me and also stand over top of me. As I was using the bathroom, an employee of Smithsonian's National Postal Museum, walked inside of the bathroom with a very strange and sour odor coming from his body. It also smelled as if he was burning from the inside. His odor made my bones jerk and blurred my vision. I also hit my head while getting off the toilet

The odor made me partially disoriented which caused me to hit my head and made stains appear on my new clothes. I exited the bathroom and sat in the sitting area, attempting to regain my energy. The same employee that entered the bathroom with a strange, powerful, sour, and unidentifiable odor, while I was using the bathroom, then exited the bathroom, ~~[redacted]~~ looked and stared at me, and then sat near me. After sitting near me, the male employee ~~[redacted]~~ said "it's poison" and "inshallah".

Superior Court of the District of Columbia
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

__William Edward Mayler Jr_____
Plaintiff

vs.

__Smithsonian's National Postal Museum_____
Defendant

Case Number __2025-CA-001704__

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

__William Edward Mayler Jr_____
Name of Plaintiff's Attorney

__4204 East Capitol Street NE. Apt #3__
Address
__Washington DC.__
__United States of America__
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Dé có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202)879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ.

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]          Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                 Demandante
                    contra
                                                        Número de Caso: _____

_____
                                 Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____         *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____         Por: _____
Dirección                                                              Subsecretario

_____
                                                                       Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을원하시면(202) 879-4828로 전화주십시요      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                               Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH
INFORMATION SHEET

**Plaintiff(s):** William Edward Mayler Jr

**Case Number:** 2025-CAB-001988

**vs**

**Date:** _____

**Defendant(s):** Smithsonian's National Postal Museum

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| **Name:** (Please Print) William Edward Mayler Jr | **Relationship to Lawsuit** |
| **Firm Name:** William Edward Mayler Jr | ☐ Attorney for Plaintiff |
| **Telephone No.:** 202-438-7129  **DC Bar No.:** VA-748-8734 | ☑ Self (Pro Se) |
| | ☐ Other: _____ |

**TYPE OF CASE:** ☑ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury
**Demand:** $ 70,000,000    **Other:** _____

**PENDING CASE(S) RELATED TO THE ACTION BEING FILED**
Case No.: _____  Judge: _____  Calendar #: _____
Case No.: _____  Judge: _____  Calendar #: _____

---

**NATURE OF SUIT:** (Check One Box Only)

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [x] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [x] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [x] Libel/Slander/Defamation
- [ ] Personal Injury
- [x] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [x] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [x] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_William Edward Moyle_   3-9-2025
Filer/Attorney's Signature   Date

CV-496/February 2023